# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE SOVEREIGN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UROVANT SCIENCES LTD., JAMES A. ) <br> ROBINSON, MYRTLE S. POTTER, ) <br> JAMES HINDMAN, SEF P. KURSTJENS, ) <br> PIERRE LEGAULT, and SHIGEYUKI ) <br> NISHINAKA, ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-00112-MN |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 31, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*